Attorney ID AB2814
A. Michael Barker, Esquire
BARKER, GELFAND & JAMES
a Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
Our File Number: 60373-01

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY – CAMDEN**

| | |
|---|---|
| The Estate of David Hennis, by and through its Administrator Ad Prosequendum, Patricia Hennis and Patricia Hennis in her own right,<br><br>    Plaintiff,<br><br>v.<br><br>Cumberland County, Warden Robert Balicki, in his individual capacity, and John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities,<br><br>    Defendants.<br>v.<br><br>CFG Health Systems, LLC,<br><br>    Third Party Defendant. | Civil Action<br>Number 16-cv-04216 RBK/AMD<br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE ON BEHALF OF DEFENDANT CUMBERLAND COUNTY** |

It is hereby stipulated and agreed that any Complaint of The Estate of David Hennis, by and through its administrator Ad Prosequendum, Patricia Hennis and Patricia Hennis in her own right be and hereby is voluntarily

dismissed with prejudice along with any Cross-Claims and Third-Party Claims against, Defendant, Cumberland County, without attorney's fees or costs.

**LAW OFFICE OF
CONRAD J. BENEDETTO**

By: _____
    Conrad J. Benedetto, Esquire
    *Attorney for Plaintiff*

Dated: _____

**BARKER, GELFAND, JAMES & SARVAS
A Professional Corporation**

By: _____
    A. Michael Barker, Esquire
    *Attorney for Defendant*
    Cumberland County

Dated: 03/17/22