# EXHIBIT "A"

## SETTLEMENT OF DAVID HENNIS

### Costs and Expenses

### Investigation

| | | |
|---|---|---|
| All Point Consulting | | $ 2,004.34 |
| Cumberland County | | $    20.15 |
| | TOTAL | $ 2,024.49 |

Note: Aspects of investigation included interviews of family members and witnesses, background checks of the Decedent, interviews of inmates and former inmates, interviews of corrections officers, research and obtaining records.

### Filing Fees

| | | |
|---|---|---|
| Clerk District Court | | $ 400.00 |
| 3rd Circuit | | $ 500.00 |
| | TOTAL | $ 900.00 |

### Expert Fees

| | | |
|---|---|---|
| Jeffrey A. Schwartz, Ph.D. | | $23,606.40 |
| Stan V. Smith, Ph.D. | | $ 6,703.00 |
| Dr. Charles Seibert | | $ 2,750.00 |
| David Rudovsky | | $ 1,500.00 |
| Lawrence Guzzardi, MD | | $14,655.00 |
| Kathryn Burns, MD, MPH | | $    400.00 |
| | TOTAL | $49,614.40 |

### Medical Records

| | | |
|---|---|---|
| | | $ 34.88 |
| | TOTAL | $ 34.88 |

### Depositions

| | | |
|---|---|---|
| CSR Associates | | $   493.55 |
| Wyble Reporting | | $ 2,148.78 |
| DiPiero Court Reporting | | $ 4,148.65 |
| Degman & Bateman | | $ 1,037.00 |
| *Deposition of Stacy Reed* | | $   223.62 |
| | TOTAL | $ 8,051.60 |

*Defense Expert's fee and expenses paid by Plaintiff's counsel

### Estate Administration

| | | |
|---|---|---|
| Surrogate Fees | | $   180.00 |
| Craig Sokolow, LLM in Tax | | $   900.00 |
| Law Offices of Conrad J. Benedetto | | $ 1,000.00 |
| | TOTAL | $ 2,080.00 |

### Service of Process

| | | |
|---|---|---|
| | TOTAL | $ 390.00 |

### Miscellaneous

| | |
|---|---|
| Postage | $ 54.04 |
| Travel | $ 216.00 |
| Transportation expense for Patricia Hennis - to attend depositions | $ 460.00 |
| Courier Fees | $ 135.00 |
| FedEx | $ 49.20 |
| Heaven Sent | $ 115.00 |
| Staples | $ 261.04 |
| Pacer | $ 21.40 |
| **TOTAL** | **$ 1,196.68** |

1. ### Lien Search

Charles Jones Lien Search — $ 13.00

2. ### Reimbursements

Jarve, Kaplan, Granato, Starr — $ 2,052.47
    -prior attorney reimbursed costs

**TOTAL COSTS & EXPENSES:   $66,357.52**